*Law Revision*

FILED
SUP    COURT
2013 JAN -3 PM 2: 22
CLERK OF COURT
BY

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | CRIMINAL CASE NO. CM1097-10 |
| vs. | DISMISSAL ORDER<br>For Failure to Prosecute |
| ORVILLE JIMENEZ BONGAT, | |
| Defendant. | |

This matter came before the HONORABLE VERNON P. PEREZ on December 19, 2012. The Court was unable to continue or adjudicate the matter as the Government has been unable locate key witnesses to the case.

This case arises from an allegation of assault and fourth degree criminal sexual conduct. The Government has failed to prosecute this matter. This matter is pending on the Court docket and continues to remain open and active. The Court has continued trial dates at least once and granted the Government an opportunity to evaluate the case. At this point, the Government has not notified this Court of its ability to prosecute the case or intent to see the matter to its conclusion. This case is criminal in nature, a misdemeanor, and the complaint was filed more than two years ago. Therefore, this Court dismisses the case for lack of prosecution. The dismissal will be without prejudice.

It is hereby ORDERED that this case be DISMISSED of record without prejudice.

So ORDERED this 3rd day of January, 2013.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

*People v Bongat,*
Decision and Order
Criminal Case No. CM1097-10          Page 1 of 1